In Re:

    James I. Wynn Sr.

              Debtor(s)

Case No.: 2-13-20304-PRW
Chapter: 7

SSN: xxx-xx-3826

## TRANSMITTAL OF NOTICE OF APPEAL PURSUANT TO BANKRUPTCY RULE 8003(d)(1)

**TO: Mary C. Loewenguth, Clerk of Court, U.S. District Court for the Western District of New York**

Pursuant to Bankruptcy Rule 8003(d)(1), the Clerk of the Bankruptcy Court hereby transmits the following with respect to an appeal in the above-captioned proceeding:

[ X ] Notice of Appeal filed by: James I. Wynn, Sr.; **Bktcy Dkt# 409**
[ X ] Order being Appealed: ; **Bktcy Dkt# 391**
[   ] Motion for Leave to Appeal filed by: ;
[   ] Cross Appeal filed by: ; .
[   ] Statement of Issues Presented on Cross Appeal: ; .
[   ] Names and addresses of Appellant and Appellee:

    <u>Appellant:</u>                     <u>Appellee:</u>
    James I. Wynn, Sr.
    7 Kencrest Circle
    Rochester, NY 14606

[ X ] Related Appeal: 17-CV-06547-DGL

    Please provide the Clerk of the Bankruptcy Court with the civil case number and name of presiding Judge for this appeal, for inclusion on the Bankruptcy Court Docket.

Date: _March 7, 2018_                  _Lisa B. Beaser_
                                                              Lisa Bertino Beaser
                                                             Clerk of Court