**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:

    James I. Wynn Sr.

            Debtor(s)

Case No.: 2−13−20304−PRW
Chapter: 7

SSN: xxx−xx−3826

## FINAL DECREE

    The Trustee in the above−entitled case has filed a Report of No Distribution with respect to **James I. Wynn Sr.** and appears to have performed all other duties in the administration of said debtor's case.

**IT IS ORDERED THAT:**

Kenneth W. Gordon is discharged as Trustee of the estate(s) of the above−named debtor(s).

The case of the above−named debtor(s) is closed.

Dated: November 26, 2019          **HONORABLE PAUL R. WARREN**
                                              United States Bankruptcy Judge

Form fnldec/Doc 447
www.nywb.uscourts.gov